# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASSAN LAHHAM, | Civil Action No. 13-6084 (JAP) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| MONMOUTH COUNTY CORRECTION INSTITUTE, et al., | |
| Defendants. | |

**IT APPEARING THAT:**

1. This matter was previously administratively terminated because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1), (2), including a certified account statement.

2. Plaintiff has submitted a renewed *in forma pauperis* application, however, the new filing does not comply with 28 U.S.C. § 1915(a)(1), (2). Specifically, although Plaintiff has now provided a certified account statement, the account statement provides account information for the dates of October 8, 2013 until November 2, 2013.

3. 28 U.S.C. § 1915(a)(2) requires that a Plaintiff applying for *in forma pauperis* status must provide an account statement for the six-month period immediately preceding the filing of his complaint.

4. Plaintiff's renewed application for *in forma pauperis* status will be denied.

**THEREFORE**, it is on this 15th day of November, 2013;

1

**ORDERED** that the Clerk of the Court shall reopen the matter by making a new and separate entry on the docket; and it is further

**ORDERED** that Plaintiff's request to proceed *in forma pauperis* is hereby DENIED, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is finally

**ORDERED** that the Clerk of the Court shall close the file in this matter.

　　/s/ Joel Pisano　　　
JOEL A. PISANO
United States District Judge