# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HASSAN LAHHAM, | : | |
| Plaintiff, | : | Civil Action No. 13-6084 (JAP) |
| v. | : | **MEMORANDUM AND ORDER** |
| MONMOUTH COUNTY CORRECTION INSTITUTE, et al., | : | |
| Defendants. | : | |

**IT APPEARING THAT:**

1. This matter was previously administratively terminated because Plaintiff failed to submit a complete *in forma pauperis* application as required by 28 U.S.C. § 1915(a)(1), (2), including a certified account statement.

2. Plaintiff then submitted a renewed *in forma pauperis* application, however, the new filing did not comply with 28 U.S.C. § 1915(a)(1), (2). Specifically, although Plaintiff did provide a certified account statement, the account statement provided account information for the dates of October 8, 2013 until November 2, 2013. 28 U.S.C. § 1915(a)(2) requires that a Plaintiff applying for *in forma pauperis* status must provide an account statement for the six-month period immediately preceding the filing of his complaint. Thus, Plaintiff's second application for *in forma pauperis* status was denied.

3. Plaintiff has now filed a motion for reconsideration and a renewed application for *in forma pauperis* status. [ECF No. 5.] In his motion, he states that he has only been incarcerated since August of 2013. The documents attached to the motion provide

account information for the time period of August 2013 until October 2013 (the time of filing of the complaint). However, the application remains insufficient because the account information was not certified by an official of the institution at which he is incarcerated.[1]

4. Accordingly, Plaintiff's Motion for Reconsideration [ECF No. 5] and his and renewed application for *in forma pauperis* status will be denied.

**THEREFORE**, it is on this 6th day of January, 2014;

**ORDERED** that the Clerk of the Court shall reopen the matter by making a new and separate entry on the docket; and it is further

**ORDERED** that Plaintiff's Motion for Reconsideration [ECF No. 5] is hereby DENIED, without prejudice; and it is further

**ORDERED** that Plaintiff's third request to proceed *in forma pauperis* is hereby DENIED, without prejudice; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is finally

**ORDERED** that the Clerk of the Court shall close the file in this matter.

                                                  /s/ Joel A. Pisano
                                                  JOEL A. PISANO
                                                  United States District Judge

---

[1] The prisoner must submit a copy of his inmate trust fund account statement certified by an appropriate official of each prison at which he was or is confined. 28 U.S.C. § 1915(a)(2).